Mathew K. Higbee, Esq.
NV Bar No. 11158
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
JULIAN ELLIOTT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JULIAN ELLIOTT <br><br> Plaintiff, <br><br> v. <br><br> SAVVY MAMA MEDIA LLC and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:26-cv-2274 <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** <br><br> **COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, Julian Elliott, for his Complaint against Savvy Mama Media LLC and DOES 1 through 10 inclusive, alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendant's acts of infringement complained of herein occurred in this judicial district, and Defendant caused injury to Plaintiff within this judicial district.

4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred, Defendant resides in or can be found in this district, Defendant conducts regular and substantial business in this district and/or is a corporate defendant whose contacts with this district are sufficient to subject it the personal jurisdiction of this Court.

## PARTIES

5.      Plaintiff Julian Elliott ("Plaintiff" or "Elliott") is an individual and professional photographer.

6.      Defendant Savvy Mama Media LLC ("SMM") is a Nevada limited liability company with a principal place of business in Las Vegas, Nevada.

7.      Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8.      For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

### *Plaintiff Julian Elliott  is a professional photographer*

9.      Plaintiff Julian Elliott is an award-winning professional freelance landscape and travel photographer.

10.    Elliott's stock photography and footage work can be found in image libraries such as Getty, Robert Harding, AGE Fotostock, and Alamy. Elliott also has his own stock image library.

11.    Elliott's photography and stock footage has been sold across the world in nearly 40 countries through agencies such as Getty Images. His photographs have been used as magazine spreads for commercial sales, by corporate websites, and have been part of several TV broadcasts.

12.    Elliott has also been commissioned some of the UK's leading photography magazines such as Digital SLR User Magazine, Digital Camera Magazine, and Photo Plus.

13.    The copyright protection afforded Elliott's work is intended to deter would-be infringers from the unauthorized copying and profiting from Plaintiff Elliott's work.

14.    Plaintiff Elliott is the sole author and exclusive rights-holder to an original photograph of Westminster Palace and Westminster Bridge at dawn ("Westminster Photograph").

15.    Attached as Exhibit A is a true and correct copy of the Westminster Photograph.

16.    Plaintiff Elliott registered the Westminster Photograph with the United States Copyright Office under Registration Number VA 2-154-468 with an Effective Date of Registration of May 14, 2019.

17.    Attached hereto as Exhibit B is a true and correct copy Registration No. VA 2-154-148.

### Defendant Savvy Mamma Media LLC

18.    Defendant SMM is and was at all relevant times, the owner and operator of a commercial website https://planneratheart.com/ ("Defendant's Website").

19.    According to Defendant's Website, Defendant is a nationally

3
**COMPLAINT**

syndicated travel writer focusing on providing advice to people on how to maximize their vacations while making them more affordable.

20. Defendant's Website features extensive advertisements on each page, including constantly changing banner ads, pop-up ads, and sidebar ads. The ads include video ads, native ads, and interstitial ads.

21. Defendant has been featured on CNBC, Associated Press, and MSN. *See generally* https://planneratheart.com/.

22. On information and belief, Defendant's Website generates content in order to attract users to Defendant's Website for the purpose of generating revenue through Defendant's extensive advertising.

23. At all relevant times, Defendants had the ability to supervise and control all content on Defendant's Website.

24. At all relevant times, Defendant's Website was readily accessible to the general public throughout Nevada, the United States, and the world.

25. At all relevant times, Defendant had a direct financial interest in the content and activities of Defendant's Website (including the activities alleged in this Complaint).

26. At all relevant times, Defendant SMM had the right and ability to supervise and control all content on Defendant's Website.

### *Savvy Mamma Media LLC's Infringing Conduct*

27. On or about June 3, 2024, Elliott discovered his original Westminster Photograph copied to and displayed on Defendant's Website as the primary photograph in an article titled "A Local's List of The Best Things to Do In London" ("Infringing Post").

28. Attached hereto as Exhibit C are true and correct screenshots of the Infringing Post featuring Plaintiff's Westminster Photograph.

29. As shown in Exhibit C, Defendant's Website contained at least 19 separate advertisements throughout the Infringing Post, directly incorporated into

**COMPLAINT**

page breaks and onto the side of the underlying webpage, at the time Plaintiff discovered the Infringing Post.

30.    Shortly after discovering the unauthorized use of the Miller Photograph, Elliott, through counsel, reached out to Defendant in order to have Westminster Photograph removed from Defendant's Website and to be compensated for the unauthorized use of his Photograph, but the Parties were unable to reach a resolution.

31.    Plaintiff Elliott did not grant Defendant a license, permission, or authorization to use, make a copy of, or publicly display the Westminster Photograph on Defendant's Website.

32.    Elliott is informed and believes Defendant (including their employees, agents, contractors or others over whom they have responsibility and control) created an unauthorized copy of the Westminster Photograph and caused it to be uploaded to and displayed on Defendant's Website as part of the Infringing Post.

33.    Elliott is informed and believes that the purpose of the use of the Westminster Photograph in the Infringing Post was to provide an aesthetically pleasing image related to the city of London, to enhance the underlying content of Defendant's article, "A Local's List of The Best Things to Do In London", and therefore increase user traffic and advertising revenue for Defendant.

34.    Elliott is informed and believes that the purpose of the use of the Westminster Photograph in the Infringing Post was to enhance the content of the Infringing Post, thus pushing more user traffic to Defendant's Website, and create a profit for Defendants through the extensive advertisements on each page of Defendant's Website.

35.    On information and belief, Defendant's of the Westminster Photograph was deliberate and willful because they knew or should have known that it did not purchase a license to use the Westminster Photograph.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

36.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Westminster Photograph.

37.     Elliott owns a valid copyright in the Westminster Photograph.

38.     Elliott registered the Westminster Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39.     Elliott did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Westminster Photograph.

40.     Plaintiff is informed and believes and thereon alleges that Defendant willfully infringed upon Plaintiff's rights in the copyrighted Westminster Photograph in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Westminster Photograph of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

41.     Specifically, Defendant made an unauthorized copy and then publicly displayed the Westminster Photograph with the Infringing Post on Defendant's Website.

42.     As a result of Defendant's violations of Title 17 of the U.S. Code, Elliott has sustained significant injury and irreparable harm.

43.     As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages pursuant to 17 U.S.C. § 504(c).

44.     As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs from Defendant as well as reasonable attorney's fees pursuant to 17 U.S.C § 505.

6
COMPLAINT

45.    Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of her copyright pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Elliott's copyright interest in the Westminster Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For an injunction preventing each Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;

- For prejudgment interest as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: July 27, 2026

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
NV Bar No. 11158
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff, Julian Elliott hereby demands a trial by jury in the above matter.

Dated: July 27, 2026

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
NV Bar No. 11158
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*

**COMPLAINT**