Mathew K. Higbee, Esq.
NV Bar No. 11158
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
JULIAN ELLIOTT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JULIAN ELLIOTT

Plaintiff,

v.

SAVVY MAMA MEDIA LLC and DOES 1 through 10 inclusive,

Defendants.

Case No. **2:26-cv-02274**

**MOTION FOR EXTENSION OF TIME TO ANSWSER**

Plaintiff, Julian Elliott, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, respectfully requests the Court extend the time for Defendant Savvy Mama Media LLC to answer or otherwise respond to Plaintiff's Complaint for an additional 30 days. Defendant Savvy Mama Media LLC's response is due on September 15, 2026. On September 3, 2026, Defendant informed Plaintiff's counsel that they were in the process of retaining counsel. On September 6, 2026, counsel for Defendant confirmed they were finalizing their representation and indicated they would need additional time to familiarize themselves with the Complaint. Additionally, both Parties have indicated they are interested in reaching an early resolution. Defendant has requested an additional 30 days to respond to the Complaint, to which Plaintiff has

agreed. This is the first request by either Party and no Party will be prejudiced by the instant request. Additionally, the Parties hope to discuss resolution before any further Court intervention is needed.

WHEREFORE, Plaintiff respectfully requests that Savvy Mama Media LLC be granted until and including October 15, 2026 to respond to Plaintiff's Complaint.

Dated: September 9, 2026

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
NV Bar No. 11158
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 10-6-26